# ATTACHMENT A

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Sean P. McCafferty, being duly sworn, hereby depose and state as follows:

1. I am a Postal Inspector employed with the United States Postal Inspection Service (USPIS) since 2013. I am currently assigned to the Roanoke, VA domicile of the Pittsburgh Division. My responsibilities include the investigation of federal and state criminal violations involving the United States Postal Service (USPS) and crimes furthered through the use of the United States Mail. I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant. I have conducted numerous federal and state criminal investigations involving the trafficking of controlled substances and/or drug trafficking proceeds through the U.S. Mail.

2. Your affiant knows based on training and experience that the U.S. Mail is often used by drug trafficking organizations to transport controlled substances and proceeds from the sale of controlled substances. Your affiant knows based on training and experience that USPS Priority Mail and Priority Mail Express are commonly used to transport controlled substances and drug trafficking proceeds because drug traffickers can track parcels, control dispatch times and locations, and have a guarantee of delivery in one to three days.

3. This affidavit is submitted in support of an application for a search warrant of a USPS Priority Mail parcel bearing tracking number "9505 5107 6487 9263 1671 68" for controlled substances and/or the proceeds from drug trafficking. The parcel is described as follows:

    A. Addressee: "Kyle Casado, P.O. Box 1400, San Bruno, CA 94066-1400"
    B. Return Address: "Alluring Trinkets, 234 Callaway Lane, Farmville, VA 23901"

1

    C. Postage Affixed: Concord, VA 24538; Postage: $7.35

    D. Tracking Number: 9505 5107 6487 9263 1671 68 (hereafter referred to as Parcel #1)

    E. Description: White USPS Priority Mail Flat Rate Envelope; 12.5" x 9.5"

    F. Weight: 1 pounds 5.4 ounces

4. On September 20, 2019, Parcel #1 was identified as a suspicious parcel during routine outbound interdiction. Parcel #1 is a white USPS envelope bearing a printed USPS Priority Mail label. Parcel #1 is addressed to San Bruno, CA. California is a known source area of controlled substances shipped through the USPS into the Western District of Virginia and, conversely, a known destination area for proceeds of drug trafficking mailed through the USPS. Parcel #1 is bulky in the middle and appears to have an inner container based on the feel of the outside of the parcel. Based on your affiant's training and experience, inner containers are utilized by drug traffickers in order to conceal the odor of controlled substances and/or shape of U.S. currency. A photocopy of Parcel #1 is attached as Exhibit #1.

5. On January 11, 2019, PI McCafferty sought, obtained, and executed federal search warrant 7:19MJ8 on a USPS Priority Mail parcel mailed from Lynchburg, VA to Kyle Casado, 311 Goodwin Drive, San Bruno, CA 94066. Located inside the parcel was $17,100 in bulk U.S. currency which was subsequently seized for forfeiture.

6. On September 23, 2019, a search of postal records revealed seventeen (17) prior Priority Mail parcels were mailed from Lynchburg, VA, and surrounding towns, to PO Box 1400, San Bruno, CA 94066 since January, 2019. All seventeen (17) parcels weighed under three (3) pounds. Parcels containing drug proceeds are also low in weight due to currency being lightweight and easily concealable. A search of postal records for 234 Callaway Lane,

2

Farmville, VA 23901 returned limited results. None of the parcels mailed to this address reflected "Alluring Trinkets."

7. Your affiant made inquiries via CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information. The sender, "Alluring Trinkets", was unable to be associated with return address 234 Callaway Lane, Farmville, VA 23901. Both postal and open source databases were queried and neither identified "Alluring Trinkets" as being connected to the return address on Parcel #1. Moreover, a social media search for "Alluring Trinkets" returned an online Etsy shop based out of New Hampshire. Based on your affiant's training and experience, drug traffickers will often use fictitious name information when mailing packages containing drug proceeds in order to conceal the true identity of the sender.

8. The name of the addressee, "Kyle Casado," was able to be associated with destination address P.O. Box 1400, San Bruno, CA 94066.

9. On September 23, 2019, your affiant requested a narcotic detection canine from the Roanoke Police Department (RPD). Officer Goad and Narcotic Detection Canine "Kratos," responded to the USPS Roanoke Processing and Distribution Center located at 419 Rutherford Ave NE, Roanoke, Virginia 24022. Parcel #1 was placed in a blind parcel line-up and subjected to an exterior search by Canine "Kratos." Officer Goad advised your affiant that Canine "Kratos" positively alerted to Parcel #1 at approximately 3:10 P.M. According to Officer Goad, this positive alert meant Canine "Kratos" detected the odor of an illegal drug emanating from Parcel #1. A supporting affidavit of the narcotics detection training completed by Officer Goad and Canine "Kratos" is provided as Exhibit #2.

10. At this time, Parcel #1 is located at the USPIS-Roanoke, VA domicile in the Western

3

District of Virginia. The parcel has been maintained unopened, in my custody, pending application for a search warrant.

11. Based on the information contained herein, your affiant maintains there is probable cause to believe that USPS Priority Mail parcel "9505 5107 6487 9263 1671 68" addressed to "Kyle Casado, P.O. Box 1400, San Bruno, CA 94066-1400," bearing return address "Alluring Trinkets, 234 Callaway Lane, Farmville, VA 23901," contains controlled substances, and/or the proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

**Received in Chambers**
By Reliable Electronic Means

September 24, 2019

Sean P. McCafferty
Postal Inspector, USPIS

**Hon. Robert S. Ballou**
**United States Magistrate**

Subscribed and sworn before me this  24th  day of September, 2019.

*Robert S. Ballou*

The Honorable Robert S. Ballou
United States Magistrate Judge
Western District of Virginia